D. Greg Durbin, # 81749  
McCormick, Barstow, Sheppard,  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA  93720-1501  
Telephone:   (559) 433-1300  
Facsimile:    (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff  
HARRIS MORAN SEED COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| HARRIS MORAN SEED COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>PURE LINE SEEDS, INC., et. al.,<br><br>     Defendants. | Case No.  1:06 CV 01763 OWW DLB<br><br>**STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS; AND ORDER THEREON**<br><br>**Current Hearings:**<br>**Date:**           **January 22, 2007**<br>**Time:**           **10:00 a.m.**<br>**Courtroom:**   **3** |

STIPULATION

WHEREAS, the within action was originally filed by Plaintiff HARRIS MORAN SEED COMPANY ("Plaintiff HMSC") in the Superior Court of California, County of Stanislaus, and was removed to this Court by Defendant PURE LINE SEEDS, INC. ("Defendant Pure Line"), with the consent of Defendant HARTUNG BROTHERS, INC. ("Defendant Hartung"), on December 6, 2006;

WHEREAS, Defendant Pure Line and Defendant Hartung each filed a motion to dismiss, with such matters currently set for hearing on Monday,  January 22, 2007;

WHEREAS, the parties are discussing a possible resolution of the matter that would make the hearing unnecessary in the event a resolution is reached; and

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties desire to postpone the hearing on such motions for at least two (2)
2  weeks so that they may work toward reaching and documenting a resolution of the matter,
3  without incurring the expenses associated with opposing and replying on such motions:
4  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
5  Plaintiff HMSC, and Defendants Hartung and Pure Line, through their respective counsel of
6  record herein, that the hearing on the motions to dismiss filed by Defendants Hartung and Pure
7  Line be continued from Monday, January 22, 2007, at 10:00 a.m., until Monday, February 5,
8  2007, at 10:00, before the Honorable Oliver W. Wanger, presiding.

Dated: January 4 2007                    McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH LLP


                                         By:  /s/ D. Greg Durbin
                                                  D. Greg Durbin
                                              Attorneys for Plaintiff
                                           HARRIS MORAN SEED COMPANY


Dated: January 4, 2007                   HINSHAW AND CULBERTSON LLP,


                                         By:  /s/ Bradley M. Zamczyk
                                                Bradley M. Zamczyk
                                                 Shannon M. Hill
                                              Attorneys for Defendant
                                              PURE LINE SEEDS, INC.


Dated: January 4, 2007                   ERICKSEN, ARBUTHNOT, KILDUFF,
                                              DAY & LINDSTROM, INC.


                                         By:  /s/ Michael D. Ott
                                                 Michael D. Ott
                                              Attorneys for Defendant
                                           HARTUNG BROTHERS, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

Stipulation To Continue Hearing on Motions to Dismiss and Order Thereon 1:06 CV 01763 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Upon stipulation of the parties, and good cause appearing, it is hereby ordered that the hearing on the motion to dismiss brought by Defendant Hartung, and the hearing on the motion to dismiss brought by Defendant Pure Line Seeds, Inc., are hereby continued from January 22, 2007, to Monday, February 5, 2007, at 10:00 a.m., in Courtroom 3 of the above-captioned Court.

Dated:  January ___8_____, 2007          /s/ OLIVER W. WANGER_____

United States District Court Judge

1046783.v1

1047476.v1

PDF created with pdfFactory trial version www.pdffactory.com