D. Greg Durbin, # 81749  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

John M. Dunn, #166482
McCormick, Barstow, Sheppard
Wayte & Carruth, LLP
1150 Ninth Street, Suite 1200
Modesto, CA 95354
Telephone:  (209) 524-1100
Facsimile:   (209) 524-1188

Attorneys for Plaintiff
HARRIS MORAN SEED COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| HARRIS MORAN SEED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PURE LINE SEEDS, INC., et. al.,<br><br>Defendants. | Case No.  1:06 CV 01763 OWW DLB<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL** |

NOTICE IS HEREBY GIVEN that Plaintiff HARRIS MORAN SEED COMPANY ("HMSC"), and Defendants HARTUNG BROTHERS, INC. ("Hartung") and PURE LINE SEEDS, INC. ("PURE LINE"), have entered into a Settlement Agreement and Mutual Release dated effective February 13, 2007, that provides, among other things, that the within action be dismissed with prejudice, each party bearing its own attorney's fees and costs of suit. Accordingly, it is hereby stipulated and agreed by and between HMSC, Hartung and Pure Line, through their respective counsel of record herein, that each such party consents to the jurisdiction of the court, and that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the within

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

NOTICE OF SETTLEMENT & STIPULATION FOR DISMISSAL      1:06 CV 01763 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  action is dismissed with prejudice, each party bearing its own attorneys fess and costs of suit.

2  Dated: February 27, 2007                               McCORMICK, BARSTOW, SHEPPARD,
3                                                                                 WAYTE & CARRUTH LLP

4

5                                                                   By:   /s/ D. Greg Durbin
                                                                              D. Greg Durbin
6                                                                             John M. Dunn
                                                                           Attorneys for Plaintiff
7                                                                    HARRIS MORAN SEED COMPANY

8

9  Dated: February 22, 2007                               MICHAEL BEST & FRIEDRICH LLP

10

11

12                                                                  By:   /s/ Steven P. Means
                                                                       Steven P. Means, Attorneys for Defendant
13                                                                         HARTUNG BROTHERS, INC.

14

15

16  Dated: February 16, 2007                              HINSHAW AND CULBERTSON LLP

17

18

19                                                                  By:   /s/ Bradley M. Zamczyk
                                                                       Bradley M. Zamczyk, Attorneys for
20                                                                      Defendant PURE LINE SEEDS, INC.

21

22

23

24  1042713.v1

25

26

27

28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

NOTICE OF SETTLEMENT & STIPULATION FOR DISMISSAL    1:06 CV 01763 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

It is so ORDERED.

Dated: February ____27___, 2007          _/s/ OLIVER W. WANGER_____

                                                    United States District Court Judge

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

NOTICE OF SETTLEMENT & STIPULATION FOR DISMISSAL   1:06 CV 01763 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com